IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARYL EINCK, as Co-Personal Representatives of the Estate of Katelyn Einck, Deceased, and Patricia O'Meara, individually only as Bystander to the Wrongful Death; and PATRICIA O'MEARA, as Co-Personal Representatives of the Estate of Katelyn Einck, Deceased, and Patricia O'Meara, individually only as Bystander to the Wrongful Death; <br><br><br> Plaintiffs, <br><br><br> vs. <br><br><br> J.B., a Minor Child, by and through her parents and legal guardians; JARET BARNHILL, Parents and Next Friends of J.B., a minor child, Individually, and as Joint Venturers; and LORA BARNHILL, Parents and Next Friends of J.B., a minor child, Individually, and as Joint Venturers; <br><br><br> Defendants. | **7:24CV5007** <br><br><br><br> **SECOND AMENDED FINAL PROGRESSION ORDER** |

This matter comes before the court on the parties' Joint Motion to Amend Case Progression Deadlines. (Filing No. 63). For good cause shown, that motion is granted. Accordingly, IT IS ORDERED that the final progression order is amended as follows:

1)    The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **November 12, 2026** at **10:30 a.m.** by telephone. Counsel

shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 36).

2)    The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the defendant(s):          August 27, 2026.
>
> Plaintiff(s) rebuttal:          September 27, 2026.

3)    The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s):          August 27, 2026.
>
> For the defendant(s):          September 28, 2026.
>
> Plaintiff(s)' rebuttal:          October 13, 2026.

4)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is November 9, 2026.

> a.    The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 10.
>
> b.    Depositions will be limited by Rule 30(d)(1).

5)    The deadline for filing motions to dismiss and motions for summary judgment is November 23, 2026.

6)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 3, 2026.

7)    Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

8)    The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9)    All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 16th day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge